Decided April 11, 1898.
### KUBLI *v.* ULRICH.

From Jackson: H. K. HANNA, Judge.

This was a suit in ejectment by Ellen Jane Kubli against William Ulrich and others, in which the plaintiff prevailed.

*Messrs. Colvig & Reames,* for appellants.

*Messrs. Watson & Beekman,* for respondent.

32 Or.—39.

Pursuant to a written stipulation of the parties reciting that all matters in question had been amicably settled, the cause was dismissed. No opinion.

DISMISSED.

Decided June 13, 1898.